UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-cv-80777-Civ-MIDDLEBROOKS/Brannon

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**LACROSSE UNLIMTED INC.,**
**a foreign for-profit corporation,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court stay all further proceedings to allow the parties to finalize the settlement agreement and file a stipulation for dismissal with prejudice.

    DATED:  June 18, 2020.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ___*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of June, 2020, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Benjamin J. Biard, Esq.
WINGET SPADAFORA SCHWARTZBERG, LLP
14 NE 1st Avenue, Suite 600
Miami, FL  33132
(305) 830-0600
Biard.b@wssllp.com

*Attorneys for Defendant*
*LACROSSE UNLIMITED, INC.*

                                                      /s/ *Roderick V. Hannah*
                                                          Roderick V. Hannah