UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-cv-80777-Civ-MIDDLEBROOKS/Brannon

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**LACROSSE UNLIMTED INC.,**
**a foreign for-profit corporation,**

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

    Plaintiff, NELSON FERNANDEZ ("Plaintiff"), and Defendant, LACROSSE UNLIMITED, INC. INC. ("Defendant ") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action *with prejudice*.  The Parties shall bear their own attorneys' fees, costs, and expenses, except as otherwise specified in the Agreement.  All Parties consent to the form and content of this Stipulation and Order.

Dated:  June 24, 2020.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>8751 W. Broward Blvd., Suite 303<br>Plantation, FL 33324<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____<br>     RODERICK V. HANNAH<br>     Fla. Bar No. 435384 | By ___*s/ Pelayo M. Duran*_____<br>     PELAYO M. DURAN<br>     Fla. Bar No. 0146595 |

**WINGET SPADAFORA**
   **SCHWARTZBERG, LLP**
Counsel for Defendant Lacrosse Unlimited, Inc.,
14 NE 1st Avenue, Suite 600
Miami, Florida 33132
T. 305/830.0600
305/830.0601 (Facsimile)
Email:  biard.b@wssllp.com


By: _____*/s/ Benjamin J. Biard*_____
       BENJAMIN J. BIARD
       Florida Bar No. 907901