UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-80777-MIDDLEBROOKS

NELSON FERNANDEZ,

      Plaintiff,

v.

LACROSSE UNLIMITED, INC.,

      Defendants.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal With Prejudice, filed on June 24, 2020. (DE 13). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)     The above-styled action is **DISMISSED WITH PREJUDICE**.

(2)     The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT.**

(3)     The Parties shall bear their own fees and costs, except to the extent specified in the Parties' Agreement.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 25th day of June, 2020.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE